|   |   |
|---|---|
| 1 | GABROY | MESSER |
| 2 | Christian Gabroy (#8805) |
|   | Kaine Messer (#14240) |
| 3 | The District at Green Valley Ranch |
|   | 170 South Green Valley Parkway |
| 4 | Suite 280 |
|   | Henderson, Nevada 89012 |
| 5 | Tel   (702) 259-7777 |
|   | Fax   (702) 259-7704 |
| 6 | christian@gabroy.com |
|   | kmesser@gabroy.com |
| 7 | *Attorneys for Plaintiff* |
|   | *Latisha Owens* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| LATISHA OWENS, an individual, | Case No. 2:22-cv-01103-JCM-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE (ECF No. 15)** |
| v. |   |
| LOWE'S HOME CENTERS, LLC; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, |   |
| Defendants. |   |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE (ECF No. 15)**

The parties, by and through their respective attorneys of record, hereby stipulate to a fourteen (14) day extension through September 14, 2022 for Plaintiff Latisha Owens ("Plaintiff") to respond to Defendant Lowe's Home Centers, LLC's ("Defendant") Motion for Leave to File Supplemental Authority (Defendant's "Motion," ECF No. 15).

Defendant filed its Motion on August 17, 2022. Plaintiff's response is currently due on August 31, 2022. Plaintiff has requested the extension and Defendant has agreed to the request.

Good cause exists for such extension. The parties are currently scheduled to attend an Early Neutral Evaluation ("ENE") session before Hon. Brenda Weksler in less

1 than two weeks on September 9, 2022. ECF No. 6. The requested extension would allow
2 the parties to devote resources toward resolution and away from efforts that would
3 potentially become unnecessary should this matter resolve at the upcoming September
4 9, 2022 ENE session.

Accordingly, the parties agree that Plaintiff's response to Defendant's Motion
6 (ECF No. 15) shall be due on September 14, 2022.

This request is not sought for any improper purpose or other reason of delay. No
8 party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: August 31, 2022                              Dated: August 31, 2022

Respectfully submitted,                             Respectfully submitted,

*/s/ Christian Gabroy*                              */s/ Paul Swenson Prior*
Christian Gabroy, Esq. (#8805)                      Paul Swenson Prior, Esq. (#9324)
Kaine Messer, Esq. (#14240)                         Erin M. Gettel, Esq. (#13877)
GABROY | MESSER                                     SNELL & WILMER L.L.P.

*Attorneys for Plaintiff*                           *Attorneys for Defendant*

**IT IS SO ORDERED**, August 31, 2002.


UNITED STATES DISTRICT JUDGE