GABROY | MESSER
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Latisha Owens*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATISHA OWENS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01103-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE (ECF No. 15)**<br><br>(Second Request) |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE (ECF No. 15)

The parties, by and through their respective attorneys of record, hereby stipulate to a fourteen (14) day extension through September 28, 2022 for Plaintiff Latisha Owens ("Plaintiff") to respond to Defendant Lowe's Home Centers, LLC's ("Defendant") Motion for Leave to File Supplemental Authority (Defendant's "Motion," ECF No. 15).

Defendant filed its Motion on August 17, 2022. Plaintiff's response is currently due on September 14, 2022. Plaintiff has requested the extension and Defendant has agreed to the request.

Good cause exists for such extension. The parties previously requested a two-week extension to move the response deadline beyond the Early Neutral Evaluation

("ENE") session before Hon. Brenda Weksler then-scheduled for September 9, 2022. ECF No. 6. This Court approved such request. *See* ECF No. 17, p. 2. However, following the request being granted, a conflict in U.S. Magistrate Judge Weksler's calendar has arisen and the ENE has been postponed two weeks until September 23, 2022. *See* ECF No. 18. Accordingly, this second requested extension is sought for reasons similar to the first in that it would allow the parties to devote resources toward resolution and away from efforts that would potentially become unnecessary should this matter resolve at the upcoming September 23, 2022 ENE session.

Accordingly, the parties agree that Plaintiff's response to Defendant's Motion (ECF No. 15) shall be due on September 28, 2022.

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: September 9, 2022                     Dated: September 9, 2022

Respectfully submitted,                           Respectfully submitted,

*/s/ Christian Gabroy*                              */s/ Erin Gettel*
Christian Gabroy, Esq. (#8805)            Paul Swenson Prior, Esq. (#9324)
Kaine Messer, Esq. (#14240)              Erin M. Gettel, Esq. (#13877)
GABROY | MESSER                                SNELL & WILMER L.L.P.

*Attorneys for Plaintiff*                             *Attorneys for Defendant*

**IT IS SO ORDERED** September 14, 2022.


UNITED STATES DISTRICT JUDGE

Page 2 of 2