Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Erin M. Gettel, Esq.
Nevada Bar No. 13877
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
　　　 egettel@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATISHA OWENS, an individual, | Case No. 2:22-cv-01103-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LOWE'S HOME CENTERS, LLC; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

///

///

///

It is hereby stipulated by and between Plaintiff Latisha Owens and Defendant Lowe's Home Centers, LLC, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated:  November 29, 2022                                   Dated:  November 29, 2022

SNELL & WILMER L.L.P.                                       GABROY MESSER

By: */s/ Paul Swenson Prior*                                By: */s/ Christian Gabroy*
    Paul Swenson Prior, Esq.                                    Christian Gabroy, Esq.
    Nevada Bar No. 9324                                         Nevada Bar No. 8805
    Erin M. Gettel, Esq.                                        Kaine Messer, Esq.
    Nevada Bar No. 13877                                        Nevada Bar No. 14240
    3883 Howard Hughes Parkway                                  The District at Green Valley Ranch
    Suite 1100                                                  170 South Green Valley Parkway
    Las Vegas, NV 89169                                         Suite 280
                                                                Henderson, NV 89012

*Attorneys for Defendant Lowe's Home Centers, LLC*

*Attorneys for Plaintiff Latisha Owens*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED:  December 2, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by              , a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 29th day of November 2022.

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4872-7469-2416

- 3 -